```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

VS.                    CASE NO. 05-50034

ANTONIO MARES-AGUILAR                                 DEFENDANT

### O R D E R

Currently before the Court is the defendant's **Motion for Recovery of Seized Property (Doc. 32)** and the Government's **Response (Doc. 33)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1.  The defendant pled guilty to possession with intent to distribute methamphetamine and, on January 20, 2006, this Court sentenced the defendant to 87 months imprisonment, 5 years supervised release, a $3,000.00 fine and a $100.00 special assessment.

2.  On July 13, 2007, the defendant filed the motion now before the Court under Rule 41 of the Federal Rules of Criminal Procedure. The defendant seeks the return of $6,000.00 in currency which he asserts was illegally seized at the time of his arrest.

3.  The Government responds that the currency was declared forfeited in an administrative forfeiture proceeding on August 22, 2005, and that the defendant was notified of the forfeiture but did not file a claim contesting it.

4.  The defendant's Rule 41 motion for return of the currency is improper. The proper procedure for challenging the legality of

the seizure of the currency was to contest the forfeiture. See Muhammed v. Drug Enforcement Agency, 92 F.3d 648, 652 & n.4 (8th Cir. 1996); In re Harper, 835 F.2d 1273, 1274 (8th Cir. 1988); United States v. Rapp, 538 F.2d 1156, 1161 (8th Cir. 1976).

Accordingly, defendant's **Motion for Recovery of Seized Property (Doc. 32)** is **DENIED**.

IT IS SO ORDERED this 17th day of August 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE